IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CEDRIC MCCULLUM                                              PLAINTIFF

v.                                                         No. 4:18CV114-SA-JMV

SUPERINTENDENT RONALD KING                     DEFENDANT

ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On May 29, 2018, the court entered an order requiring the plaintiff to complete and return several forms used for the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on June 28, 2018. This case is therefore DISMISSED without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this, the 1st day of August, 2018.

                                                                      /s/ Sharion Aycock
                                                                      U. S. DISTRICT JUDGE